Case 7:14-cr-00476-CS   Document 547   Filed 01/12/21   Page 1 of 1



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 12, 2021

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
300 Quarropas Street
White Plains, NY 10601

      RE:    <u>United States</u> v. <u>Da'Quan Johnson, et al.</u>, 14 Cr. 476 (CS)

Dear Judge Seibel:

      Please be advised that I am leaving the United States Attorney's Office for other employment. Accordingly, please remove me as counsel of record in the above-captioned case. Thank you very much for the Court's consideration.

The Clerk shall terminate Mr. Zolkind as counsel for the Government.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

1/12/21

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By:   /s Douglas S. Zolkind
      Douglas S. Zolkind
      Assistant United States Attorney
      (212) 637-2418